UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ALEXANDER GOMEZ,                                           :
:
                        Plaintiff,   :
:                    24-CV-5369 (VSB)
        -against-                                :
:                        **ORDER**
NIKTAB, INC., ET AL.,                                      :
:
                     Defendants.   :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, District Judge:

       On July 19, 2024, I directed the parties to submit a Case Management Plan and Scheduling Order on or before August 1, 2024. (Doc. 17.) To date, the parties have not done so. Accordingly, the parties are hereby

       ORDERED to file a Case Management Plan and Scheduling Order by no later than August 16, 2024. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 12, 2024
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge